IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

LARRY E. EALY, :
:
    Plaintiff(s), :
: Case Number: 3:08cv269
    vs. :
: Chief Judge Susan J. Dlott
CITY OF VANDALIA PROSECUTOR
CLAUDIA J. TURRELL, et. al., :
:
    Defendant(s). :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Sharon L. Ovington. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on May 27, 2009 a Report and Recommendation (Doc. 23). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 24) and defendant filed a response to the objections (Doc. 25).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

Accordingly, Defendant Turrell's Motion to Dismiss (Doc. 10) is **GRANTED;** Defendant J. Dull's Motion to Dismiss (Doc. 11) is **GRANTED;** Plaintiff's Request to Amend and Motion to Amend (Doc. 13) is **DENIED;** Plaintiff's Complaint (Doc. 2) is **DISMISSED**

with prejudice; Plaintiff's Motion to Bifurcate (Doc, 8) is **DENIED AS MOOT** and this case is hereby **TERMINATED** on the docket of this Court.

     IT IS SO ORDERED.


        ___s/Susan J. Dlott_____
        Chief Judge Susan J. Dlott
        United States District Court